IN RE KASHEEMA L. ET AL.

The respondent mother's petition for certification for appeal from the Appellate Court, 56 Conn. App. 484 (AC 17767), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Mary Ann Barile*, in support of the petition.

*Jane R. Rosenberg*, assistant attorney general, in opposition.

Decided March 8, 2000